| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF ARKANSAS |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Evcon Rentals, Corporation

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
81-1190453

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 Airway Drive** <br> **Hot Springs, AR 71913** <br> Number, Street, City, State & ZIP Code | **246 Summer Sweet Trail** <br> **Royal, AR 71968** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Garland** <br> County | **Location of principal assets, if different from principal place of business** <br> **101 Airway Srive Hot Springs, AR 71913** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Evcon Rentals, Corporation**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7353**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Evcon Rentals, Corporation**  _____  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

| Debtor | **Evcon Rentals, Corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Evcon Rentals, Corporation**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 16, 2025**
MM / DD / YYYY

**X /s/ Michael Evans**
Signature of authorized representative of debtor

**Michael Evans**
Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Marc Honey**
Signature of attorney for debtor

Date **April 16, 2025**
MM / DD / YYYY

**Marc Honey 86091**
Printed name

**Honey Law Firm, P. A.**
Firm name

**PO Box 1254**
**1311 Central Avenue**
**Hot Springs, AR 71902**
Number, Street, City, State & ZIP Code

Contact phone **(501) 321-1007**   Email address **mhoney@honeylawfirm.com**

**86091 AR**
Bar number and State

## FORM 1. VOLUNTARY PETITION

Names of Attorneys Designated to Represent Debtor(s)

Marc Honey (86091)

Alexandra Honey (2020048)

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Evcon Rentals, Corporation** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express**  PO Box 981537  El Paso, TX 79998 | | **Credit Card** | | | | $35,000.00 |
| **Bartell Global**  4701 Allmond Avenue  Louisville, KY 40209 | | **Contract** | | | | $21,000.00 |
| **Department of Finance & Admin Revenue Legal Counsel**  PO Box 1272 Room 2380  Little Rock, AR 72203 | | **Taxes** | | | | $45,000.00 |

```
American Express
PO Box 981537
El Paso, TX 79998


Ark Dept of Finance & Admin
Attn: Revenue Legal Counsel
PO Box 1272; Room 2380
Little Rock, AR 72203


Arvest Equipment and Finance
818 Garrison Ave, 2nd FL
Fort Smith, AR 72901


Bartell Global
4701 Allmond Avenue
Louisville, KY 40209


Blue Bridge Financial, LLC
5500 Main St, Ste 260
Buffalo, NY 14221


BMO
1625 W. Fountainhead Pkwy
Tempe, AZ 85282


BNP Paribas
787 Seventh Avenue
New York, NY 10019


CNH Industrial Capital
P.O. Box 71264
Philadelphia, PA 19176


Department of Finance & Admin
Revenue Legal Counsel
PO Box 1272 Room 2380
Little Rock, AR 72203


First Citizens Bank
239 Fayettevile St.
Raleigh, NC 27601


Hilti North America
7250 Dallas Pkwy., Ste. 1000
Plano, TX 75024
```

Huntington Technology Finance
2285 Franklin Road
Bloomfield Hills, MI 48302


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


LEAF Commercial Capital
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103


LeaseDirect
P.O. Box 6980
Wayne, PA 19087


Oakmont Capital Services
1321 Shamrock Ln, Suite 1
Albany, MN 56307


Old National Bank
PO Box 718
Evansville, IN 47705


Scott Financial Services
1000 Martin Luther King, Jr Dr
Monroe, LA 71203


Wells Fargo
P.O. Box 14411
Des Moines, IA 50306

# United States Bankruptcy Court
## Western District of Arkansas

In re    __Evcon Rentals, Corporation__            Case No. _____

                                           Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Evcon Rentals, Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 16, 2025** | **/s/ Marc Honey** |
| Date | **Marc Honey 86091** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Evcon Rentals, Corporation** |
| | **Honey Law Firm, P. A.** |
| | **PO Box 1254** |
| | **1311 Central Avenue** |
| | **Hot Springs, AR 71902** |
| | **(501) 321-1007 Fax:(501) 321-1255** |
| | **mhoney@honeylawfirm.com** |