**Fill in this information to identify the case:**

Debtor name      **Evcon Rentals, Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   **6:25-bk-70643**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 21, 2025**          X **/s/ Michael Evans**
                                          Signature of individual signing on behalf of debtor

                                          **Michael Evans**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name     **Evcon Rentals, Corporation**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF ARKANSAS

Case number (if known)     **6:25-bk-70643**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $    **3,687,242.21**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $    **3,687,242.21**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **1,519,053.91**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $    **46,650.09**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$    **118,230.46**

4.   Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b

$    **1,683,934.46**

**Fill in this information to identify the case:**

Debtor name     **Evcon Rentals, Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   **6:25-bk-70643**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:     **186,754.64**     -     **86,000.00**     =....     **$100,754.64**

            face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$100,754.64**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

Debtor   **Evcon Rentals, Corporation**                          Case number *(If known)*   **6:25-bk-70643**
_____
Name

☑ Yes Fill in the information below.

**See #50**

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **2 Reception desks - $200.00** <br> **2 Computer desks - $250.00** <br> **1 Conference room table - $350.00** | **Unknown** | **Comparable sale** | **$700.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **4 computers** | **Unknown** | **Comparable sale** | **$1,200.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   **$1,900.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor **Evcon Rentals, Corporation**
Name

Case number *(If known)* **6:25-bk-70643**

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Description | | | Amount |
|---|---|---|---|
| Kubota SLV75 / 528 | Unknown | Comparable sale | $43,488.05 |
| Kubota SLV75 / 529 | Unknown | Comparable sale | $39,981.15 |
| Kubota SLV65 / 285 | Unknown | Comparable sale | $42,650.00 |
| Kubota SLV75 / 286 | Unknown | Comparable sale | $51,150.00 |
| Kubota SVL 75 -7580 / 330 | Unknown | Comparable sale | $53,562.68 |
| Kubota SCL1000 / 604 | Unknown | Comparable sale | $27,107.00 |
| Kubota 040 / 449 | Unknown | Comparable sale | $47,651.00 |
| Kubota B26 / 448 | Unknown | Comparable sale | $28,648.00 |
| Kubota KX018-4 / 615 | Unknown | Comparable sale | $18,847.00 |
| Kubota KX040 -4 / 608 | Unknown | Comparable sale | $40,018.00 |
| Kubota SVL75-2 / 561 | Unknown | Comparable sale | $38,782.00 |
| Kubota SVL 65 - 5829 / 861 | Unknown | Comparable sale | $36,613.00 |
| Kubota Tractor 2501 / 1405 | Unknown | Comparable sale | $16,395.00 |
| Kubota 55 Cab - 0824 / 1675 | Unknown | Comparable sale | $43,176.00 |
| Kubota SVL 75 -/446 | Unknown | Comparable sale | $33,822.00 |
| Yanmar 17 - 673 / 240 - $25,000.00<br>Yanmar 35 -909 / 241 - $37,000.00<br>Yanmar C30 Dump /243 - $32,000.00<br>Yanmar 80 / 248 - $74,000.00 | Unknown | Comparable sale | $162,392.00 |
| Nifty 50 / 242 | Unknown | Comparable sale | $30,800.00 |
| Snorkel 5719 Telehandler / 303 | Unknown | Comparable sale | $56,050.00 |
| Wacker ST31 / 148 | Unknown | Comparable sale | $47,100.00 |

| Debtor | **Evcon Rentals, Corporation** | | Case number *(If known)* **6:25-bk-70643** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Haulotte Tow Boom / 409** | Unknown | Comparable sale | $29,304.00 |
| **Haulotte 55XA Boom / 461** | Unknown | Comparable sale | $60,000.00 |
| **Vermeer CTX 100 - 3153 / 530** | Unknown | Comparable sale | $31,381.00 |
| **Vermeer CTX 100 - 3402 / 574** | Unknown | Comparable sale | $28,915.00 |
| **Vermeer RTX200 / 616** | Unknown | Comparable sale | $9,892.88 |
| **Skyjack 46' Boom - 0166 Diesel / 678** | Unknown | Comparable sale | $47,025.00 |
| **Skyjack 46' Boom - 0186 Gas/propane / 563 - $58042**<br>**Skyjack 15' Scissor / 562 - $4500.00 - $8636** | Unknown | Comparable sale | $53,522.62 |
| **Skyjack  19'/ 1193 - $9440**<br>**Skyjack  19'/ 1194 - $9440**<br>**Skyjack  19'/ 1195 - $9440**<br>**Skyjack  19'/ 1196 - $9440**<br>**Skyjack  19'/ 1197 - $9440** | Unknown | Comparable sale | $17,776.80 |
| **2019 chevy Dually /1221** | Unknown | Comparable sale | $35,000.00 |
| **Wacker ST31 Cab - 0573 / 419** | Unknown | Comparable sale | $47,385.00 |
| **Yanmar 55 / 290 - $45,672.00**<br>**Yanmar 35 / 294 - $33,812.00** | Unknown | Comparable sale | $79,484.00 |
| **Kobelco 35 / 216** | Unknown | Comparable sale | $35,000.00 |
| **Manitou 6034 / 553** | Unknown | Comparable sale | $56,050.00 |
| **Yale Forklift - 3309 / 539 - $20,755.00**<br>**Yale Forklift - 3310 / 542- $20,755.00** | Unknown | Comparable sale | $33,718.00 |
| **Case 80 Excavator / 149** | Unknown | Comparable sale | $78,566.00 |
| **Case Loader / 1792** | Unknown | Comparable sale | $38,492.00 |
| **Volvo Roller / 1793** | Unknown | Comparable sale | $41,306.00 |
| **Case 750 Dozer 1673 / 1726** | Unknown | Comparable sale | $60,830.00 |

Debtor    **Evcon Rentals, Corporation**                        Case number *(If known)*  **6:25-bk-70643**
          <sub>Name</sub>

| Description | | | Amount |
|---|---|---|---|
| **Ditch Witch SK800 / 408 - $21,500.00**<br>**Ride On Trencher RT45 / 411 - $29,500.00**<br>**Yanmar 17-821 / 301 - $24,170.00**<br>**Snorkel 19' Scissor - 7870 / 314 - $8,900.00**<br>**Snorkel 19' Scissor - 8268 / 292 - $8,900.00**<br>**Snorkel 19' Scissor - 8554 / 315 - $8,900.00**<br>**Snorkel 26' scissor - 1955 / 310 - $13,960.00**<br>**Snorkel 26' Scissor - 2160 / 311- $13,960.00** | Unknown | Comparable sale | $130,790.00 |
| **Ditchwitch Minskid 1550 / 490** | Unknown | Comparable sale | $34,242.00 |
| **Yanmar 25 / 494** | Unknown | Comparable sale | $33,232.00 |
| **Snorkel 38' Electric Boom Lift / 756** | Unknown | Comparable sale | $22,703.00 |
| **Snorkel 32' Push Around / 704 - $6,693.00**<br>**Snorkel 26' Scissor - 2376 / 705 - $13,608.00**<br>**Snorkel 26' Scissor - 2377 / 706 - $13,608.00** | Unknown | Comparable sale | $33,909.00 |
| **Genie 26' Rough Terrain Scissor / 577 -**<br>**$33,065.00**<br>**Genie 6036 Telehandler / 540 - $74,338.00** | Unknown | Comparable sale | $107,404.75 |
| **ASV RT25 Skid Steer 1525 / 985** | Unknown | Comparable sale | $21,094.00 |
| **Nifty 50 Tow Boom GAS - 7351 / 578 -**<br>**$36,835.00**<br>**Yanmar 08 / 1404 - $15,636**<br>**ASV 50 / 1406 - $37,053** | Unknown | Comparable sale | $62,908.00 |
| **Billy Goat Auger / 572 - $5,364/00**<br>**48" Towable Aerator / 576 - $1,512.00**<br>**Billy Goat Brush Cutter - 1118 / 676 - $2,916.00**<br>**Billy Goat Brush Cutter - 1117 / 677 - $2,916.00** | Unknown | Comparable sale | $12,708.00 |
| **2019 Yanmar 35** | Unknown | Comparable sale | $21,219.00 |
| **2019 Ditch Witch RT45** | Unknown | Comparable sale | $28,000.00 |
| **2019 Wacker Neuson DT08** | Unknown | Comparable sale | $11,000.00 |
| **2022 Baretto Trencher 23RTK** | Unknown | Comparable sale | $23,000.00 |
| **2019 Chevrolet Silverado 3500HD Dually** | Unknown | Comparable sale | $44,181.00 |
| **2007 Sterling aT9500 Semi Truck** | Unknown | Comparable sale | $31,399.00 |
| **2008 Chevrolet C8500 with Delivery Bed** | Unknown | Comparable sale | $20,000.00 |

Debtor  **Evcon Rentals, Corporation**                          Case number *(If known)* **6:25-bk-70643**
Name

| | | | |
|---|---|---|---|
| Sany 35 - 7398 / 1776 | Unknown | Comparable sale | $21,402.00 |
| Kubota SVL 75- 3832 Hi Flow Cab/2254 - $55,726.00<br>Kubota SVL 75- 3219 Hi Flow Cab/2255 - $55,726.00 | Unknown | Comparable sale | $430,000.00 |
| Yanmar 80 - 971 / 2603 - $90,299.00 | Unknown | Comparable sale | $48,105.00 |
| Kaeser 185 Compressor - 7720 HSV / 3092 - $19,260.00<br>Kaeser 185 Compressor - 8546 / 3094 - $19,260.00 | Unknown | Comparable sale | $36,000.00 |
| Kubota B26 - 9956 / 2409 - $33,100.00<br>Kubota KX040 - 3709 / 2491 - $53,000.00 | Unknown | Comparable sale | $86,100.00 |
| Dynapac Plate Compactor - 6854 / 2531 - $1,625.00<br>Dynapac Rammer 1771 / 2710 - $2,849.00<br>Dynapac Rammer 1766 / 2714 - $2,849.00<br>Dynapac Plate - 6883 / 2715 - $1,625.00<br>Dynapac Plate - 6884 / 2716 - $1,625.00 | Unknown | Comparable sale | $10,093.00 |
| Nifty Lift TM50HE #2562 - $35,365.00<br>Niftylift 50 Tow Boom Electric - $71,331.13 | Unknown | Comparable sale | $29,604.00 |
| Kubota SVL75-2HWC -2039 / 3301 | Unknown | Comparable sale | $25,191.64 |
| Compact Excavator | Unknown | Comparable sale | $29,368.00 |
| Kubota 08 - 0167 / 2796 | Unknown | Comparable sale | $12,439.00 |
| Wacker Double Drum Roller - 0643/2747 | Unknown | Comparable sale | $10,081.00 |
| Kubota B26 - 9829 / 2795 | Unknown | Comparable sale | $33,100.00 |
| Kubota SCL1000 -1827 / 3299 | Unknown | Comparable sale | $12,975.00 |
| DW-c16 - $4,000.00<br>Yanmar 17 - $18,000.00<br>Yanmar 17 - $18,000.00 | Unknown | Comparable sale | $27,801.00 |
| 2022 Freightliner M2106 / 2693 | Unknown | Comparable sale | $80,720.00 |

Debtor   **Evcon Rentals, Corporation**                              Case number *(If known)*  **6:25-bk-70643**
         <sub>Name</sub>

| | | | |
|---|---|---|---|
| **2023 Hyundai HT 100V**<br>**w/ Hyundai pallet fork**<br>**w/ Hyundai 74" bucket** | Unknown | Comparable sale | $13,977.00 |
| **2023 Hyundai HT 100 V Compact** | Unknown | Comparable sale | $13,015.00 |
| **2022 Sany SY155** | Unknown | Comparable sale | $14,361.00 |
| **Mini Skid Auger -8204 / 3293 - $2,811.00**<br>**Breaker Mini Skid-4085 / 3294 - $4,190.00**<br>**Skid Steer Auger-3440 / 3295 - $2,666.00**<br>**Breaker Mini Ex Yanmar 35 / 3296 - $6,780.00**<br>**Breaker Mini Ex Yanmar 55 / 3297 - $9,137.00** | Unknown | Comparable sale | $25,584.00 |
| **Yanmar 25-694 / 2510** | Unknown | Comparable sale | $31,000.00 |
| **Kubota 18 - 6855 / 2705** | Unknown | Comparable sale | $22,000.00 |
| **Kubota 18 - 6822 / 2680** | Unknown | Comparable sale | $22,000.00 |
| **Hyundai HT100V 0251 - $62,000.00**<br>**Hyundai HT100V 0015 - $62,000.00**<br>**Hyundai HT100V 0338 - $62,000.00** | Unknown | Comparable sale | $180,000.00 |
| **Case Loader 575N (Backhoe)** | Unknown | Comparable sale | $90,000.00 |

51.  **Total of Part 8.**                                                                     | $3,584,587.57 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

     **Commercial Real Estate Lease for $10,100 monthly at 107 Airway Drive**

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **Evcon Rentals, Corporation**                                     Case number *(If known)*  **6:25-bk-70643**
<u>Name</u>

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Evcon Rentals, Corporation**                     Case number *(If known)*  **6:25-bk-70643**
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,754.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,584,587.57 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,687,242.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,687,242.21 |

**Fill in this information to identify the case:**

Debtor name          **Evcon Rentals, Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   **6:25-bk-70643**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

| **2.1** **Arvest Bank** Creditor's Name | Describe debtor's property that is subject to a lien **Ditch Witch SK800 / 408 - $21,500.00** **Ride On Trencher RT45 / 411 - $29,500.00** **Yanmar 17-821 / 301 - $24,170.00** **Snorkel 19' Scissor - 7870 / 314 - $8,900.00** **Snorkel 19' Scissor - 8268 / 292 - $8,900.00** **Snorkel 19' Scissor - 8554 / 315 -** | **$12,219.95** | **$130,790.00** |

**Arvest Mortgage Company**
**PO Box 399**
**Lowell, AR 72745**
Creditor's mailing address

Describe the lien
**Money Loaned Against Equipment**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/16/2020**
**Last 4 digits of account number**
**0096**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| **2.2** **Arvest Bank** Creditor's Name **Arvest Mortgage Company** **PO Box 399** **Lowell, AR 72745** Creditor's mailing address | Describe debtor's property that is subject to a lien **Yanmar 80 - 971 / 2603 - $90,299.00** | **$42,193.20** | **$48,105.00** |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Debtor **Evcon Rentals, Corporation**                    Case number (if known)   **6:25-bk-70643**
_____
Name

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Arvest Bank** | **Describe debtor's property that is subject to a lien** | $19,321.64 | $31,000.00 |
|---|---|---|---|---|

Creditor's Name

**Arvest Mortgage Company
PO Box 399
Lowell, AR 72745**
_____
Creditor's mailing address

**Yanmar 25-694 / 2510**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Bank of the West** | **Describe debtor's property that is subject to a lien** | $4,399.02 | $34,242.00 |
|---|---|---|---|---|

Creditor's Name

**2527 Camino Ramon
PO Box 5172
San Ramon, CA 94583**
_____
Creditor's mailing address

**Ditchwitch Minskid 1550 / 490**

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**10/16/2020**

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Blue Bridge Financial, LLC** | **Describe debtor's property that is subject to a lien** | $4,604.46 | $33,232.00 |
|---|---|---|---|---|

Creditor's Name

**5500 Main St, Ste 260
Buffalo, NY 14221**
_____
Creditor's mailing address

**Yanmar 25 / 494**

**Describe the lien**
**Money Loaned Against Equipment**

---

| Debtor | **Evcon Rentals, Corporation** | Case number (if known) | **6:25-bk-70643** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**10/30/2020**

**Last 4 digits of account number**
**7900**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Blue Bridge Financial, LLC** | **Describe debtor's property that is subject to a lien** | $9,930.84 | $22,703.00 |
|---|---|---|---|---|

Creditor's Name

**5500 Main St, Ste 260**
**Buffalo, NY 14221**

**Snorkel 38' Electric Boom Lift / 756**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**04/27/2021**

**Last 4 digits of account number**
**0217**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Blue Bridge Financial, LLC** | **Describe debtor's property that is subject to a lien** | $10,672.56 | $33,909.00 |
|---|---|---|---|---|

Creditor's Name

**5500 Main St, Ste 260**
**Buffalo, NY 14221**

**Snorkel 32' Push Around / 704 - $6,693.00**
**Snorkel 26' Scissor - 2376 / 705 - $13,608.00**
**Snorkel 26' Scissor - 2377 / 706 - $13,608.00**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**04/20/2021**

**Last 4 digits of account number**
**0091**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Debtor  **Evcon Rentals, Corporation**                          Case number (if known)   **6:25-bk-70643**
         Name

---

| 2.8 | **Blue Bridge Financial, LLC** | | $24,526.20 | $36,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Kaeser 185 Compressor - 7720 HSV / 3092 -**
**$19,260.00**
**Kaeser 185 Compressor - 8546 / 3094 -**
**$19,260.00**

**5500 Main St, Ste 260**
**Buffalo, NY 14221**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **De Lage Landen International** | | $46,200.00 | $49,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Yanmar 2 Seat 4WD - Diesel / 334 - $15,000.00**
**Yanmar 6 Seat 4WD - Gas / 333 - $12,000.00**
**Yanmar 3 Seat Gas 4WD - 0140 / 332 -**
**$11,000.00**
**Yanmar 3 Seat Gas 4WD - 0139 / 331 -**
**$11,000.00**

**8001 Birchwood Court**
**P.O. Box 2000**
**Johnston, IA 50131-0020**
Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/3/2020**

**Last 4 digits of account number**
**3000**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **First Citizens Bank** | | $49,022.22 | $13,977.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Hyundai HT 100V**
**w/ Hyundai pallet fork**
**w/ Hyundai 74" bucket**

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

---

Debtor **Evcon Rentals, Corporation**

Name

Case number (if known)   **6:25-bk-70643**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | $48,984.52 | $13,015.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

**2023 Hyundai HT 100 V Compact**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | $105,638.52 | $14,361.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

**2022 Sany SY155**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **Evcon Rentals, Corporation**                    Case number (if known)   **6:25-bk-70643**
Name

---

**2.1 3**   **First Citizens Bank**

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Hyundai HT100V 0251 - $62,000.00**
**Hyundai HT100V 0015 - $62,000.00**
**Hyundai HT100V 0338 - $62,000.00**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$156,631.20        $180,000.00

---

**2.1 4**   **Huntington Bancshares**

Creditor's Name

**208 S US Highway 69**
**Huntington, TX 75949**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/30/2021**
**Last 4 digits of account number**
**8471**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Genie 26' Rough Terrain Scissor / 577 - $33,065.00**
**Genie 6036 Telehandler / 540 - $74,338.00**

Describe the lien
**Money Loaned Against Equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,347.60        $107,404.75

---

**2.1 5**   **Kubota Credit Corporation**

Creditor's Name

**PO Box 9013**
**Addison, TX 75001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/26/2021**

Describe debtor's property that is subject to a lien
**Kubota SLV75 / 528**

Describe the lien
**Money Loaned Against Equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

$7,904.43        $43,488.05

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 24

| Debtor | **Evcon Rentals, Corporation** | Case number (if known) | **6:25-bk-70643** |
|--------|-------------------------------|------------------------|-------------------|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7261**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Kubota Credit Corporation** | | | |
|-------|-------------------------------|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Kubota SLV75 / 529**

$39,981.15    $39,981.15

**PO Box 9013**
**Addison, TX 75001**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/3/2021**

**Last 4 digits of account number**
**3653**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Kubota Credit Corporation** | | | |
|-------|-------------------------------|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Kubota 040 / 449**

$2,442.99    $47,651.00

**PO Box 9013**
**Addison, TX 75001**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/17/2020**

**Last 4 digits of account number**
**7625**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Kubota Credit Corporation** | | | |
|-------|-------------------------------|---|---|---|

**Describe debtor's property that is subject to a lien**

$1,576.56    $28,648.00

---

Debtor   **Evcon Rentals, Corporation**                                    Case number (if known)   **6:25-bk-70643**
_____
Name

| | |
|---|---|
| Creditor's Name | **Kubota B26 / 448** |
| **PO Box 9013** | |
| **Addison, TX 75001** | |
| Creditor's mailing address | **Describe the lien** |
| | **Money Loaned Against Equipment** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **8/17/2020** | |
| **Last 4 digits of account number** | |
| **2088** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.19 | **Kubota Credit Corporation** | **Describe debtor's property that is subject to a lien** | $4,862.28 | $18,847.00 |
|---|---|---|---|---|
| | Creditor's Name | **Kubota KX018-4 / 615** | | |

| | |
|---|---|
| **PO Box 9013** | |
| **Addison, TX 75001** | |
| Creditor's mailing address | **Describe the lien** |
| | **Money Loaned Against Equipment** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **4/27/2021** | |
| **Last 4 digits of account number** | |
| **3755** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.20 | **Kubota Credit Corporation** | **Describe debtor's property that is subject to a lien** | $11,429.73 | $40,018.00 |
|---|---|---|---|---|
| | Creditor's Name | **Kubota KX040 -4 / 608** | | |

| | |
|---|---|
| **PO Box 9013** | |
| **Addison, TX 75001** | |
| Creditor's mailing address | **Describe the lien** |
| | **Money Loaned Against Equipment** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **5/27/2021** | |
| **Last 4 digits of account number** | |
| **3484** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 24

Debtor **Evcon Rentals, Corporation**      Case number (if known)   **6:25-bk-70643**
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2.1**

**Kubota Credit Corporation**
Creditor's Name

**PO Box 9013**
**Addison, TX 75001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/25/2021**
**Last 4 digits of account number**
**7018**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    **$8,978.20**    **$38,782.00**
**Kubota SVL75-2 / 561**

**Describe the lien**
**Money Loaned Against Equipment**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2.2**

**Kubota Credit Corporation**
Creditor's Name

**PO Box 9013**
**Addison, TX 75001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/10/2021**
**Last 4 digits of account number**
**6334**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    **$10,457.33**    **$36,613.00**
**Kubota SVL 65 - 5829 / 861**

**Describe the lien**
**Money Loaned Against Equipment**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2.3**

**Kubota Credit Corporation**
Creditor's Name

**PO Box 9013**
**Addison, TX 75001**

**Describe debtor's property that is subject to a lien**    **$1,773.65**    **$16,395.00**
**Kubota Tractor 2501 / 1405**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 9 of 24

Debtor **Evcon Rentals, Corporation**                    Case number (if known)   **6:25-bk-70643**
_____                                        _____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Money Loaned Against Equipment**<br>**Is the creditor an insider or related party?** |
| | ■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**10/05/2021** | ■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number**<br>**9298** | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated<br>☐ Disputed |

---

| | | | |
|---|---|---|---|
| **2.2 4** | **Kubota Credit Corporation**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Kubota 55 Cab - 0824 / 1675** | **$19,677.70**   **$43,176.00** |
| | **PO Box 9013**<br>**Addison, TX 75001**<br>Creditor's mailing address | **Describe the lien**<br>**Money Loaned Against Equipment**<br>**Is the creditor an insider or related party?** | |
| | | ■ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred**<br>**11/16/2021** | ■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | |
| | **Last 4 digits of account number**<br>**5869** | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated<br>☐ Disputed | |

---

| | | | |
|---|---|---|---|
| **2.2 5** | **Kubota Credit Corporation**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Kubota SVL 75- 3832 Hi Flow Cab/2254 -**<br>**$55,726.00**<br>**Kubota SVL 75- 3219 Hi Flow Cab/2255 -**<br>**$55,726.00** | **$48,307.18**   **$430,000.00** |
| | **PO Box 9013**<br>**Addison, TX 75001**<br>Creditor's mailing address | **Describe the lien**<br><br>**Is the creditor an insider or related party?** | |
| | | ■ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |

Debtor **Evcon Rentals, Corporation**
_____
Name

Case number (if known) **6:25-bk-70643**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Kubota Credit Corporation** |
|---|---|

Creditor's Name

**PO Box 9013**
**Addison, TX 75001**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Kubota SVL75-2HWC -2039 / 3301**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,159.36        $25,191.64

---

| 2.2 7 | **Kubota Credit Corporation** |
|---|---|

Creditor's Name

**PO Box 9013**
**Addison, TX 75001**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Kubota 08 - 0167 / 2796**

**Describe the lien**
**Money Loaned Against Equipment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,039.19        $12,439.00

---

| 2.2 8 | **Kubota Credit Corporation** |
|---|---|

Creditor's Name

**PO Box 9013**
**Addison, TX 75001**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Kubota B26 - 9829 / 2795**

**Describe the lien**

$12,901.30        $33,100.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 24

| Debtor | **Evcon Rentals, Corporation** | Case number (if known) | **6:25-bk-70643** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 9 | **Kubota Credit Corporation** | | **Describe debtor's property that is subject to a lien** | $18,890.85 | $12,975.00 |
|---|---|---|---|---|---|

Creditor's Name

**Kubota SCL1000 -1827 / 3299**

**PO Box 9013**
**Addison, TX 75001**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 0 | **Kubota Credit Corporation** | | **Describe debtor's property that is subject to a lien** | $5,670.96 | $33,822.00 |
|---|---|---|---|---|---|

Creditor's Name

**Kubota SVL 75 -/446**

**PO Box 9013**
**Addison, TX 75001**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Evcon Rentals, Corporation** | | Case number (if known) | **6:25-bk-70643** |
|---|---|---|---|---|
| | Name | | | |

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Kubota Credit Corporation** | **Describe debtor's property that is subject to a lien** | **$15,863.12** | **$22,000.00** |

Creditor's Name
**Kubota 18 - 6855 / 2705**

**PO Box 9013
Addison, TX 75001**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ **No**
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Kubota Credit Corporation** | **Describe debtor's property that is subject to a lien** | **$15,863.12** | **$22,000.00** |

Creditor's Name
**Kubota 18 - 6822 / 2680**

**PO Box 9013
Addison, TX 75001**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ **No**
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **LEAF Commercial Capital** | **Describe debtor's property that is subject to a lien** | **$77,091.28** | **$29,604.00** |

Creditor's Name
**Nifty Lift TM50HE #2562 - $35,365.00
Niftylift 50 Tow Boom Electric - $71,331.13**

**One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103**

Creditor's mailing address

**Describe the lien**

---

Debtor   **Evcon Rentals, Corporation**                                      Case number (if known)   **6:25-bk-70643**
Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 4 | **LEAF Commercial Capital** | **Describe debtor's property that is subject to a lien** | $115,689.42 | $29,368.00 |
|---|---|---|---|---|

Creditor's Name

**One Commerce Square
2005 Market Street, 14th Floor
Philadelphia, PA 19103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Compact Excavator**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 5 | **Lease Direct** | **Describe debtor's property that is subject to a lien** | $6,443.01 | $31,381.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 6980
Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**02/28/2021**
**Last 4 digits of account number**
**7120**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Vermeer CTX 100 - 3153 / 530**

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Evcon Rentals, Corporation** | Case number (if known) | **6:25-bk-70643** |
|---|---|---|---|
| | Name | | |

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Lease Direct** | Describe debtor's property that is subject to a lien | **$8,584.92** | **$28,915.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 6980**
**Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/22/2021**
**Last 4 digits of account number**
**7120**
**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Vermeer CTX 100 - 3402 / 574**

**Describe the lien**
**Money Loaned Against Equipment**
**Is the creditor an insider or related party?**
☐ **No**
☐ Yes
**Is anyone else liable on this claim?**
☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Lease Direct** | Describe debtor's property that is subject to a lien | **$2,907.12** | **$9,892.88** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 6980**
**Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/27/2021**
**Last 4 digits of account number**
**3122**
**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Vermeer RTX200 / 616**

**Describe the lien**
**Money Loaned Against Equipment**
**Is the creditor an insider or related party?**
☐ **No**
☐ Yes
**Is anyone else liable on this claim?**
☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **Lease Direct** | Describe debtor's property that is subject to a lien | **$13,257.84** | **$47,025.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 6980**
**Wayne, PA 19087**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Skyjack 46' Boom - 0166 Diesel / 678**

**Describe the lien**
**Money Loaned Against Equipment**

Debtor **Evcon Rentals, Corporation**                                    Case number (if known)   **6:25-bk-70643**
_____                                 _____
Name

_____   **Is the creditor an insider or related party?**
Creditor's email address, if known   ■ No
                                      ☐ Yes
                                      **Is anyone else liable on this claim?**

**Date debt was incurred**            ■ No
**04/29/2021**                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**3122**                              **As of the petition filing date, the claim is:**
**Do multiple creditors have an**     Check all that apply
**interest in the same property?**    ☐ Contingent
■ No                                  ☐ Unliquidated
☐ Yes. Specify each creditor,         ☐ Disputed
including this creditor and its relative
priority.

---

| 2.3 9 | **Lease Direct** | **Describe debtor's property that is subject to a lien** | $13,456.63 | $53,522.62 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 6980**
**Wayne, PA 19087**

**Skyjack 46' Boom - 0186 Gas/propane / 563 - $58042**
**Skyjack 15' Scissor / 562 - $4500.00 - $8636**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

_____   **Is the creditor an insider or related party?**
Creditor's email address, if known   ■ No
                                      ☐ Yes
                                      **Is anyone else liable on this claim?**

**Date debt was incurred**            ■ No
**04/01/2021**                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**7120**                              **As of the petition filing date, the claim is:**
**Do multiple creditors have an**     Check all that apply
**interest in the same property?**    ☐ Contingent
■ No                                  ☐ Unliquidated
☐ Yes. Specify each creditor,         ☐ Disputed
including this creditor and its relative
priority.

---

| 2.4 0 | **Lease Direct** | **Describe debtor's property that is subject to a lien** | $17,776.80 | $17,776.80 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 6980**
**Wayne, PA 19087**

**Skyjack  19'/ 1193 - $9440**
**Skyjack  19'/ 1194 - $9440**
**Skyjack  19'/ 1195 - $9440**
**Skyjack  19'/ 1196 - $9440**
**Skyjack  19'/ 1197 - $9440**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

_____   **Is the creditor an insider or related party?**
Creditor's email address, if known   ■ No
                                      ☐ Yes
                                      **Is anyone else liable on this claim?**

**Date debt was incurred**            ■ No
**08/30/2021**                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2803**                              **As of the petition filing date, the claim is:**
**Do multiple creditors have an**     Check all that apply
**interest in the same property?**

---

| Debtor | **Evcon Rentals, Corporation** | | Case number (if known) | **6:25-bk-70643** |
|---|---|---|---|---|

Name

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 1 | **Lease Direct** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Dynapac Plate Compactor - 6854 / 2531 - $1,625.00**
**Dynapac Rammer 1771 / 2710 - $2,849.00**
**Dynapac Rammer 1766 / 2714 - $2,849.00**
**Dynapac Plate - 6883 / 2715 - 1,625.00**
**Dynapac Plate - 6884 / 2716 - 1,625.00**

**$1,628.00**          **$10,093.00**

**P.O. Box 6980**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **Oakmont Capital Services** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**ASV RT25 Skid Steer 1525 / 985**

**$6,563.34**          **$21,094.00**

**1321 Shamrock Ln, Suite 1**
**Albany, MN 56307**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/08/2021**

**Last 4 digits of account number**
**4656**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **Oakmont Capital Services** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

**$26,616.10**          **$62,908.00**

---

| Debtor | **Evcon Rentals, Corporation** | Case number (if known) | **6:25-bk-70643** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**1321 Shamrock Ln, Suite 1 Albany, MN 56307**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**08/05/2021**

Last 4 digits of account number
**0019**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**Nifty 50 Tow Boom GAS - 7351 / 578 - $36,835.00**
**Yanmar 08 / 1404 - $15,636**
**ASV 50 / 1406 - $37,053**

Describe the lien
**Money Loaned Against Equipment**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $18,947.76 | $21,402.00 |
|---|---|---|---|---|

Creditor's Name

**1321 Shamrock Ln, Suite 1 Albany, MN 56307**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Describe debtor's property that is subject to a lien
**Sany 35 - 7398 / 1776**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Oakmont Capital Services** | Describe debtor's property that is subject to a lien | $42,267.50 | $86,100.00 |
|---|---|---|---|---|

Creditor's Name

**1321 Shamrock Ln, Suite 1 Albany, MN 56307**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

---

Describe debtor's property that is subject to a lien
**Kubota B26 - 9956 / 2409 - $33,100.00**
**Kubota KX040 - 3709 / 2491 - $53,000.00**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **Evcon Rentals, Corporation** | Case number (if known) | **6:25-bk-70643** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.46**

**Old National Bank**
Creditor's Name

**PO Box 718**
**Evansville, IN 47705**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Freightliner M2106 / 2693**

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$95,014.36     $80,720.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.47**

**Relyance Bank**
Creditor's Name

**108 S Main St**
**Sheridan, AR 72150**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/16/2020**
**Last 4 digits of account number**
**1922**

**Describe debtor's property that is subject to a lien**
**Wacker ST31 Cab - 0573 / 419**

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$1,887.06     $47,385.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.48**

**Scott Financial Services**

**Describe debtor's property that is subject to a lien**

$21,783.12     $38,492.00

---

| Debtor | **Evcon Rentals, Corporation** | | Case number (if known) | **6:25-bk-70643** |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

**1000 Martin Luther King
Junior
Monroe, LA 71203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/07/2021**

**Last 4 digits of account number
7600**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Case Loader / 1792**

**Describe the lien**

**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 9 | **Scott Financial Services** | **Describe debtor's property that is subject to a lien** | **$23,374.94** | **$41,306.00** |
|---|---|---|---|---|

**Creditor's Name**

**1000 Martin Luther King
Junior
Monroe, LA 71203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/07/2021**

**Last 4 digits of account number
7700**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Volvo Roller / 1793**

**Describe the lien**

**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 0 | **Scott Financial Services** | **Describe debtor's property that is subject to a lien** | **$29,910.14** | **$60,830.00** |
|---|---|---|---|---|

**Creditor's Name**

**1000 Martin Luther King
Junior
Monroe, LA 71203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10/18/2021**

**Last 4 digits of account number**

**Case 750 Dozer 1673 / 1726**

**Describe the lien**

**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor  **Evcon Rentals, Corporation**                                    Case number (if known)   **6:25-bk-70643**
_____
Name

**4300**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 1 | **Scott Financial Services** | **Describe debtor's property that is subject to a lien** | $85,966.64 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

**1000 Martin Luther King Junior**
**Monroe, LA 71203**

**Case Loader 575N (Backhoe)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 2 | **Wacker Neuson Finance** | **Describe debtor's property that is subject to a lien** | $3,500.00 | $3,500.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 609**
**Cedar Rapids, IA 52406**

**Wacker EZ38 VDS / 350**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/1/2020**

**Last 4 digits of account number**
**7000**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 3 | **Wacker Neuson Finance** | **Describe debtor's property that is subject to a lien** | $6,500.00 | $6,500.00 |
|---|---|---|---|---|

Debtor  **Evcon Rentals, Corporation**                            Case number (if known)   **6:25-bk-70643**
_____
Name

| | |
|---|---|
| Creditor's Name | **Wacker Dump Buggy DT08 / 159** |
| **PO Box 609**<br>**Cedar Rapids, IA 52406** | |
| Creditor's mailing address | **Describe the lien**<br>**Money Loaned Against Equipment** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**04/24/2019** | ■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number**<br>**9000** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.5 4 | **Wacker Neuson Finance** | Describe debtor's property that is subject to a lien | $6,481.76 | $10,081.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Wacker Double Drum Roller - 0643/2747** |
| **PO Box 609**<br>**Cedar Rapids, IA 52406** | |
| Creditor's mailing address | **Describe the lien**<br>**Money Loaned Against Equipment** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.5 5 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $11,205.00 | $56,050.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Manitou 6034 / 553** |
| **P.O. Box 14411**<br>**Des Moines, IA 50306** | |
| Creditor's mailing address | **Describe the lien**<br>**Money Loaned Against Equipment** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**02/19/2021** | ■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number**<br>**6001** | |

Debtor **Evcon Rentals, Corporation**                    Case number (if known)   **6:25-bk-70643**
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 6 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $7,831.48 | $33,718.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 10475
Des Moines, IA 50306**

**Yale Forklift - 3309 / 539 - $20,755.00
Yale Forklift - 3310 / 542- $20,755.00**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred
03/01/2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
6000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $46,898.66 | $27,801.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 14411
Des Moines, IA 50306**

**DW-c16 - $4,000.00
Yanmar 17 - $18,000.00
Yanmar 17 - $18,000.00**

Creditor's mailing address

**Describe the lien**
**Money Loaned Against Equipment**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,519,053.91** |
|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor   **Evcon Rentals, Corporation**                                    Case number (if known)   **6:25-bk-70643**
_____
Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **Evcon Rentals, Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   **6:25-bk-70643**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |
| | **Department of Finance & Admin**<br>**Revenue Legal Counsel**<br>**PO Box 1272 Room 2380**<br>**Little Rock, AR 72203** | $46,650.09 | $46,650.09 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**2024 Sales and Use Tax**

Last 4 digits of account number **2024**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | $35,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No   ☐ Yes

|  |  | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>**Bartell Global**<br>**4701 Allmond Avenue**<br>**Louisville, KY 40209** | $21,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No   ☐ Yes

Debtor   **Evcon Rentals, Corporation**                                         Case number *(if known)*   **6:25-bk-70643**
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,488.18 |
|---|---|---|---|

**DeLage Landen**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/21**

**Last 4 digits of account number  4374**

**Basis for the claim:  Contract**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $742.28 |
|---|---|---|---|

**Partners Capital**
**1875 Century Park E**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  Contract**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 46,650.09 |
| 5b. Total claims from Part 2 | 5b. + | $ 118,230.46 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 164,880.55 |

**Fill in this information to identify the case:**

Debtor name   **Evcon Rentals, Corporation**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   **6:25-bk-70643**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Tool lease program with option to purchase or return at end of term.** | |
| State the term remaining — **48 months** | **Hilti North America** |
| List the contract number of any government contract | **7250 Dallas Pkwy., Ste. 1000** |
| | **Dallas, TX 75204** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Real Estate Lease for $10,100 monthly (Debtor Assumes)** | |
| State the term remaining | **SODCO, Inc.** |
| List the contract number of any government contract | **107 Airway Drive** |
| | **Hot Springs National Park, AR 71913** |

**Fill in this information to identify the case:**

Debtor name **Evcon Rentals, Corporation**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) **6:25-bk-70643**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **Evcon Rentals, Corporation**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) **6:25-bk-70643**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other | **$418,000.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other | **$1,410,000.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other | **$2,950,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Evcon Rentals, Corporation** | Case number *(if known)* | **6:25-bk-70643** |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Evcon Rentals, Corporation** | Case number *(if known)* **6:25-bk-70643** |
| --- | --- | --- |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Honey Law Firm, P. A.**<br>**PO Box 1254**<br>**1311 Central Avenue**<br>**Hot Springs, AR 71902** | **Filing Fee $1738.00**<br>**Attorney's Fees - $26,254.00** | **4-15-25** | **$28,262.00** |
| | Email or website address<br>**mhoney@honeylawfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Evcon Rentals, Corporation** | Case number *(if known)* | **6:25-bk-70643** |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Evcon Rentals, Corporation** | Case number *(if known)* | **6:25-bk-70643** |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

---

Debtor   **Evcon Rentals, Corporation**                                     Case number *(if known)*   **6:25-bk-70643**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Michael Thompson, CPA** <br> **1600 Airport Road** <br> **Hot Springs National Park, AR 71913** | **2012- present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor __**Evcon Rentals, Corporation**__          Case number *(if known)* __**6:25-bk-70643**__

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**May 21, 2025**__

__**/s/ Michael Evans**__                              __**Michael Evans**__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __**President**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Arkansas

In re  **Evcon Rentals, Corporation**                             Case No.  **6:25-bk-70643**

Debtor(s)                             Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **as approved** |
| Prior to the filing of this statement I have received | $ | **1,738.00** |
| Balance Due | $ | **as approved** |

2.  The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 14, 2025**                                       **/s/ Marc Honey**
*Date*                                                 **Marc Honey 86091**
                                                       *Signature of Attorney*
                                                       **Honey Law Firm, P. A.**
                                                       **PO Box 1254**
                                                       **1311 Central Avenue**
                                                       **Hot Springs, AR 71902**
                                                       **(501) 321-1007   Fax: (501) 321-1255**
                                                       **mhoney@honeylawfirm.com**
                                                       *Name of law firm*

# United States Bankruptcy Court
## Western District of Arkansas

In re   **Evcon Rentals, Corporation**                                    Case No.   **6:25-bk-70643**
                                                            Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 21, 2025**                          Signature   **/s/ Michael Evans**
                                                            **Michael Evans**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Arkansas**

In re  **Evcon Rentals, Corporation**                                    Case No.  **6:25-bk-70643**
_____
                                    Debtor(s)        Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.


Date:  **May 21, 2025**                    **/s/ Michael Evans**
_____               _____
                                    **Michael Evans/President**
                                    Signer/Title